PD-1230-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/17/2015 9:30:59 AM
Accepted 9/22/2015 11:23:36 AM
ABEL ACOSTA
CLERK

01-13-009319-CR

| | | |
|---|---|---|
| **MELISSA DROMGOOLE** | * | **IN THE CRIMINAL COURT OF APPEALS** |
| **VS.** | * | |
| **STATE OF TEXAS** | * | **AUSTIN, TEXAS** |

## MOTION TO EXTEND TIME

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes MELISSA DROMGOOLE Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file Respondent's Brief on Discretionary Review, pursuant to Rule 10.5 (b) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

I.

On June 4, 2015, the First Court of Appeals issued a published opinion in case number 01-13-00931-CR, styled Melissa Dromgoole v. The State of Texas, affirming Appellant's conviction. Appellant filed a Motion for Rehearing on July 1, 2015. Appellant filed an Amended Motion for Rehearing on July 13, 2015. On July 23, 2015, the Court of Appeals denied the motion for rehearing, vacated and withdrew its opinion of June 4, 2015, and issued a new published opinion affirming Appellant's conviction. Appellant filed a Motion for Rehearing and Motion for En Banc Reconsideration on August 4, 2015. On August 20, 2015 these motions were denied and the Court issued a corrected opinion. Appellant's petition for discretionary review is due on September 21, 2015. Appellant requests that the Court extend the time for filing the petition until October 21, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

September 22, 2015

ABEL ACOSTA, CLERK

## II.

This motion is not brought for purposes of delay but so that justice may be served.

WHEREFORE, PREMISES CONSIDERED, appellant prays that this court grant this Motion to Extend Time to File Appellant's Brief on Discretionary Review and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Offices of Norman J. Silverman
917 Franklin, 4th Floor
Houston, Texas 77002
713-526-1515
713-526-1798 FAX

BY: /s/ Norman J. Silverman
    Norman J. Silverman
    00792207
    Attorney for Appellant

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the attached and foregoing document has been served on the Harris County District Attorney's Carley Dessauer, 1201 Franklin, Suite 600, Houston, TX 77002 office by mail and/or fax to 713-755-5809 on this the 17th day of September.

/s/ Norman J. Silverman
Norman J. Silverman

**STATE OF TEXAS**          \*

                                              \*

**COUNTY OF HARRIS**       \*

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared

Norman J. Silverman, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Extend Time to File Reply Brief on Discretionary Review and swear that all of the allegations of fact contained therein are true and correct."

_____
Norman J. Silverman
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** this the 17th day of September

2015 to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas
Notary's Printed Name:

_____
My commission expires:



MARIA DEL CARMEN CARDENAS
Notary Public, State of Texas
My Commission Expires
April 15, 2019

AEN CARDENAS
State of Texas
sion Expires
5, 2019

AEN CARDENAS

**01-13-009319-CR**

| | | |
|---|---|---|
| **MELISSA DROMGOOLE** | * | **IN THE CRIMINAL COURT** <br> **OF APPEALS** |
| **VS.** | * | |
| **STATE OF TEXAS** | * | **AUSTIN, TEXAS** |

## ORDER FOR GRANTING MOTION FOR AN
## EXTENSION OF TIME TO FILE BRIEF ON DISCRETIONARY REVIEW

Today the Court considered Respondent's Motion for An Extension of Time to Brief on Discretionary Review. After a review of the motion and finding a showing of a reasonable explanation of the need for time, the Court grants the motion.

The Clerk of the Court of Appeals is directed to issue notice to counsel to both the appellant and appellee of this Court's order granting the extension of time in which to file Respondent's Brief on Discretionary Review.

**THUS SIGNED AND ENTERED OF RECORD,** on this the _____ day of _____, 2015.

_____
JUDGE FOR THE COURT OF CRIMINAL
APPEALS